IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 69.141.237.206

**ISP:** Comcast Cable
**Physical Location:** Long Branch, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/22/2016 22:38:30 | EB1DEB18AC3ED17A44340D4571D91046093655E5 | Blondes Have More Fun |
| 10/20/2016 20:50:30 | B554D998595727556ED715A737A07F02B8F1EF47 | Sweeter Than Wine |
| 09/25/2016 18:08:08 | BF451DBCF231BE6C58A61FFDA61D94786607AC68 | Triple Blonde Fantasy |
| 09/15/2016 04:03:57 | 4BBDA2C82E064C77F7C6BD14AE63E43BD7C669AE | Superhot Sexting |
| 09/08/2016 02:59:22 | 4BFBAF6AF9F91DC3F40AC42073645030F3ED69EF | Romance in the Garden |
| 06/14/2016 08:35:13 | 277DF77A7EB386355D93D12C3AC6EBFEACC6398B | The Kitty Will Play |
| 06/14/2016 08:25:17 | BC3263A740871ED1E3092EF057BB5DDFF474BD78 | The Artiste |
| 06/01/2016 06:35:41 | 942322C59CAB001CE50CF281BB02AF98BD8763D0 | Fine Fingerfucking |
| 06/01/2016 06:14:04 | 0ADB67CD87CEB7320C671BDDFC20383BB2183F72 | Jillian Multiple Orgasms |
| 05/02/2016 05:34:29 | 64AD5ABEAB53A350EC50C9B26FAF8D0E46B5A90C | Every Guys Perfect Threesome |
| 04/29/2016 19:14:28 | 9A8EB278B983D3D65ECCDD211402EC8D62764995 | Threesome With a View |
| 04/29/2016 19:12:50 | 5A777B08BFC0E432DC1D04DAF1BAA4687ABB1784 | Kristin and Nine Unleashed |
| 04/03/2016 08:03:24 | 8CAAD9F1192657BF617F58728149CABCBF564261 | Susie Forever |
| 03/12/2016 19:55:15 | 5B2E05E366C6EE761F4C8EB9722612BD8A8E1DD7 | Twice as Nice |
| 03/12/2016 18:22:33 | 83121B994E6B7C7207588FCB41E3D209C916A9CE | Suds And Sex |
| 01/10/2016 04:51:44 | A4CCDF359FD5B0EEFA8F8B24780D2C08654F1771 | Xmas Cums Once A Year |
| 12/08/2015 01:32:51 | 6C718569D024856E2630672F1E3CFEBDC0BC1940 | The Cabin And My Wood |
| 11/28/2015 01:01:50 | ED98DE827DC2DDA3A27008288C15A864E816F235 | Tiny Seductress |
| 11/17/2015 23:01:27 | 9197DBC4A345441054FF568CBED719AF42108025 | Rock Me Baby |
| 10/28/2015 20:31:33 | D08CD49159091E253AA577F9AA203835D6A559F6 | A Night In Vegas |
| 10/20/2015 15:57:26 | 8EDE179BF0FC79C0D057D76FECE65D81399EFB5F | Four Ways |
| 10/11/2015 17:44:16 | 0800FB3E1A1BC1EC82D5BFD143BB56E365485162 | Bailey Sexy |

EXHIBIT A

CNJ628

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/09/2015 09:11:16 | D35917ED98157E72D247C6E42E4249684379A5D3 | A Fucking Picnic |
| 10/04/2015 13:05:25 | 90DD38CBD8E20A7F0F9CFB04A226F8BF339AE387 | In Love With Little Caprice |
| 10/01/2015 03:16:01 | 5324A665E528FD1BB0A7E6734535CD414C377656 | A Fucking Hot Threesome |
| 09/05/2015 19:50:22 | E6A4A19EB22D02F813F89F2CAB57C2D171A1AC12 | Supermodel Sex |
| 08/30/2015 02:27:35 | CF1236EDBC46A26FB91A99BF8DCC2C3D06253F60 | Every Mans Sexy Camping Trip |
| 08/23/2015 07:40:33 | 1EF105E3DE3306E68DF753BA7963E6C1610C3436 | Introducing Kennedy |
| 08/20/2015 03:09:47 | 45DAE4FF06192968402FD43A1738BAD775EFCFA2 | Lovers Lane |
| 06/23/2015 00:43:28 | 7C20DD8625AD40C4C2B1D7EDC95F4DA3A57817F3 | Seize The Moment |

**Total Statutory Claims Against Defendant: 30**

EXHIBIT A

CNJ628